FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**　　　FORM 11

| | |
|---|---|
| YOKOHAMA TIRE MANUFACTURING VIRGINIA LLC and YOKOHAMA TIRE MANUFACTURING MISSISSIPPI, LLC,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA<br>　　　　　　　　　　Defendant. | Court No.　　26-01380 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff , Yokohama Tire Manufacturing Virginia LLC et al. , in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Daniel Cannistra .

Date: March 3, 2026

/s/ John Brew
Signature

John Brew
Attorney

Crowell & Moring LLP
Firm

1001 Pennsylvania Ave. NW
Street Address

Washington, DC 20004
City, State and Zip Code

(202) 624-2720
Telephone Number

jbrew@crowell.com
E-mail Address

FORM 11-2

Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
| 26-01380 | | |

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013; June 5, 2015, eff. July 1, 2015; Oct. 23, 2025, eff. Dec. 1, 2025.)

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**  FORM 11

| | |
|---|---|
| YOKOHAMA TIRE MANUFACTURING LLC and YOKOHAMA TIRE MANUFACTURING MISSISSIPPI, LLC,<br><br>                              Plaintiff,<br>v.<br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA<br>                              Defendant. | Court No.    26-01380 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff, _Yokohama Tire Manufacturing Virginia LLC et al._, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Daniel Cannistra.

Date: March 3, 2026

/s/ Daniel Cannistra
Signature

Daniel Cannistra
Attorney

Crowell & Moring LLP
Firm

1001 Pennsylvania Ave. NW
Street Address

Washington, DC 20004
City, State and Zip Code

(202) 624-2902
Telephone Number

dcannistra@crowell.com
E-mail Address

FORM 11-2

Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
| 26-01380 | | |

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013; June 5, 2015, eff. July 1, 2015; Oct. 23, 2025, eff. Dec. 1, 2025.)

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**   FORM 11

| | |
|---|---|
| YOKOHAMA TIRE MANUFACTURING VIRGINIA LLC and YOKOHAMA TIRE MANUFACTURING MISSISSIPPI, LLC,<br><br>                                    Plaintiff,<br>        v.<br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA<br>                                    Defendant. | Court No.     26-01380 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff, Yokohama Tire Manufacturing Virginia LLC et al., in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Daniel Cannistra.

Date: March 3, 2026

Daniel W. Wolff
Signature

Daniel W. Wolff
Attorney

Crowell & Moring LLP
Firm

1001 Pennsylvania Ave. NW
Street Address

Washington, DC 20004
City, State and Zip Code

202-624-2621
Telephone Number

dwolff@crowell.com
E-mail Address

FORM 11-2

Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
| 26-01380 | | |

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013; June 5, 2015, eff. July 1, 2015; Oct. 23, 2025, eff. Dec. 1, 2025.)

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**  FORM 11

| | |
|---|---|
| YOKOHAMA TIRE MANUFACTURING VIRGINIA LLC and YOKOHAMA TIRE MANUFACTURING MISSISSIPPI, LLC,<br><br>                                     Plaintiff,<br>       v.<br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA<br>                                     Defendant. | Court No.     26-01380 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff, Yokohama Tire Manufacturing Virginia LLC et al., in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Daniel Cannistra.

Date: March 3, 2026

Daniel W. Wolff  
Signature

Daniel W. Wolff  
Attorney

Crowell & Moring LLP  
Firm

1001 Pennsylvania Ave. NW  
Street Address

Washington, DC 20004  
City, State and Zip Code

202-624-2621  
Telephone Number

dwolff@crowell.com  
E-mail Address

FORM 11-2

## Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
| 26-01380 | | |

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013; June 5, 2015, eff. July 1, 2015; Oct. 23, 2025, eff. Dec. 1, 2025.)

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**     FORM 11

| | |
|---|---|
| YOKOHAMA TIRE MANUFACTURING VIRGINIA LLC and YOKOHAMA TIRE MANUFACTURING MISSISSIPPI, LLC,<br><br>                                        Plaintiff,<br>         v.<br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA<br>                                        Defendant. | Court No.    26-01380 |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff , Yokohama Tire Manufacturing Virginia LLC et al. , in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is
   Daniel Cannistra                                                    .

Date: March 3, 2026

Valerie Ellis
_____
Signature

Valerie Ellis
_____
Attorney

Crowell & Moring LLP
_____
Firm

1001 Pennsylvania Ave. NW
_____
Street Address

Washington, DC 20004
_____
City, State and Zip Code

202-624-2510
_____
Telephone Number

vellis@crowell.com
_____
E-mail Address

FORM 11-2

## Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
| 26-01380 | | |

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013; June 5, 2015, eff. July 1, 2015; Oct. 23, 2025, eff. Dec. 1, 2025.)

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**     FORM 11

| | |
|---|---|
| YOKOHAMA TIRE MANUFACTURING VIRGINIA LLC and YOKOHAMA TIRE MANUFACTURING MISSISSIPPI, LLC,<br><br>                                  Plaintiff,<br>       v.<br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA<br>                                  Defendant. | Court No.    26-01380 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff, Yokohama Tire Manufacturing Virginia LLC et al., in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Daniel Cannistra.

Date: March 3, 2026

Weronika Bukowski
Signature

Weronika Bukowski
Attorney

Crowell & Moring LLP
Firm

375 9th Avenue
Street Address

New York, NY 10001
City, State and Zip Code

212-530-1930
Telephone Number

wbukowski@crowell.com
E-mail Address

FORM 11-2

Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
| 26-01380 | | |

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013; June 5, 2015, eff. July 1, 2015; Oct. 23, 2025, eff. Dec. 1, 2025.)