FORM 13

# UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by  Daniel Cannistra
(Name of attorney of record)

on behalf of  Yokohama Tire Manufacturing Virginia LLC et al.  in the matter of  Yokohama Tire Manufacturing Virginia LLC et al.  v.  U.S. Customs and Border Protection et al. ,
Court No.  26-01380 .

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

Yokohama Tire Manufacturing Virginia LLC and Yokohama Tire Manufacturing Mississippi, LLC are private companies owned by the Yokohama Rubber Co., Ltd., their parent company, which is a publicly traded company in Japan on the Tokyo Stock Exchange.

2. Indicate whether the party on whose behalf this Form is being filed is [x] or is not [ ] the real party in interest. If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)
N/A

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.
N/A

/s/ Daniel Cannistra                                    March 3, 2026
Signature of Attorney                                        Date
Crowell & Moring LLP
Firm
1001 Pennsylvania Avenue, NW
Street Address
Washington, DC 20004
City, State and Zip Code
(202) 624-2902
Telephone Number
dcannistra@crowell.com
E-mail Address

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)